FILED
JUN 1 3 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE JOHNSTON
Magistrate Judge Schneider

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRADLEY WALTERS | No. 23 CR 50024<br><br>Violation: Title 21, United States Code, Section 841(a)(1) |

### INDICTMENT

The SPECIAL OCTOBER 2022 GRAND JURY charges:

1. On or about October 25, 2022, at Roscoe, in the Northern District of Illinois, Western Division,

BRADLEY WALTERS,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 400 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance; and 50 grams or more of methamphetamine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY